UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ISAIAS ZESATI RUIZ, | No. 06-70955 |
| Petitioner, | Agency No. A092-050-099 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | ORDER |
| Respondent. | |

Before:     ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Zesati Ruiz's habeas petition was filed in district court on September 13, 2005. The petition was therefore improperly transferred to this court because it was not pending on May 11, 2005, the enactment date of the REAL ID Act. *See* Pub. L. No. 109-13, 119 Stat. 231, 311, § 106(c); *see also Alvarez-Barajas v. Gonzales*, 418 F.3d 1050, 1052 (9th Cir. 2005).

**REMANDED to the district court.**